# EXHIBIT C

Case Number: 6CA-2015-06328
Filed in 6th Division District Court
Submitted: 6/4/2015 3:00:30 PM
Envelope: 216793
Reviewer: Tracie Furtado

Case 1:18-cv-00299-WES-LDA   Document 1-3   Filed 06/07/18   Page 2 of 10 PageID #: 44

# Exhibit A

Bk L3705 Pg118 #31
03-12-2014 @ 11:47a

## FORECLOSURE DEED

Federal National Mortgage Association

a corporation duly established under the laws of the United States of America and having its usual place of business at P.O. Box 650043, Dallas, TX 75265-0043

the current holder by assignment of a mortgage

given by   Byron Avila

to      Mortgage Electronic Registration Systems, Inc.

dated   November 16, 2005 and recorded November 21, 2005 at 9:20 AM in Book 2528 at Page 188 in the Records of Land Evidence in the City of Pawtucket, County of Providence and State of Rhode Island , by the power conferred by said mortgage and every other power, for TWO HUNDRED FORTY THOUSAND TWO HUNDRED FIFTY-ONE AND 27/100 ($240,251.27) DOLLARS paid, grants to Fannie Mae a/k/a Federal National Mortgage Association organized and existing under the laws of the United States of America of P.O. Box 650043, Dallas, TX 75265-0043, the premises conveyed by said mortgage, viz:

See legal description attached hereto as Exhibit A and incorporated herein by reference.

Property Address: 72 Memorial Drive, Pawtucket, RI 02860

CITY OF PAWTUCKET

201010-0198

/Foreclosure Deed RI/Avila, Byron

Case Number: 6CA-2015-06328
Filed in 6th Division District Court
Submitted: 6/4/2015 3:00:30 PM
Envelope: 216793
Reviewer: Tracie Furtado

Case 1:18-cv-00299-WES-LDA   Document 1-3   Filed 06/07/18   Page 3 of 10 PageID #: 45

Bk L3705 Pg119 #31

Meaning and intending to convey, and hereby conveying, the premises conveyed to this Mortgagee in that certain mortgage deed as set forth above. The premises were sold at foreclosure auction on August 1, 2013. No withholding tax is required under the provisions of R.I.G.L. 44-30-71.3, in that no net proceeds were payable to the mortgagor(s).

This conveyance is exempt from the provisions of the Rhode Island Life Safety Code (RILSC) pursuant to RILSC 24.3.1.4.1(5) and 25.2.2.4.1(5), as the property is being transferred pursuant to a foreclosure sale, and no smoke detector and carbon monoxide detector certification is required.

This conveyance is made subject to all taxes, assessments, and other encumbrances which may constitute a lien thereon surviving said foreclosure sale, and is conveyed subject to any restrictions of record and rights of tenants in possession, if any, as shall notwithstanding this provisions, constitute valid liens or encumbrances thereon after said sale.

The grantor is exempt from paying the Rhode Island state excise stamp tax by virtue of 12 United States Code §1452(e), §1723a, or §1825.

WITNESS the execution and corporate seal of said corporation this ___ day of ___AUG 2 9 2013___, 2013.

Page 2

201010-0198
Avila, Byron
/Foreclosure Deed RI

Case Number: 6CA-2015-06328
Filed in 6th Division District Court
Submitted: 6/4/2015 5:00:30 PM
Envelope: 216793
Reviewer: Tracie Furtado

Bk L3705 Pg120 #31

Federal National Mortgage Association
By OneWest Bank, FSB as Attorney in Fact *

By: _Cherie Cutto_ (signature)

__Cherie Gilbert__ (name)

__Assistant Secretary__ (title)

* For signatory authority, please see Limited Power of Attorney recorded herewith.

State of __Texas__

__Travis__ County, ss.                                      __AUG 29 2013__, 2013

On this ___ day of __AUG 29 2013__, 2013, before me, the undersigned notary public, personally appeared __Cherie Gilbert__, proved to me through satisfactory evidence of identification, which were __Driver's License__ (form of identification), to be the person whose name is signed on the preceding or attached document, and acknowledged to me that (he) (she) signed it voluntarily for its stated purpose.

Capacity: (as __Assistant Secretary__ (title) of OneWest Bank, FSB as Attorney in Fact *
for __Federal National Mortgage Association__.)

_Vanessa_ (signature) _____ (Affix Seal)
Notary Signature

My commission expires: __6/15/15__

[Notary Seal: VANESSA ANNETTE WILLIAMS, My Commission Expires June 15, 2015, State of Texas]

Page 3

201010-0198
Avila, Byron
/Foreclosure Deed RI

Case Number: 6CA-2015-06328
Filed in 6th Division District Court
Submitted: 6/4/2015 5:00:36 PM
Envelope: 216793
Reviewer: Tracie Furtado

Bk L3705 Pg121 #31

## Exhibit A

That certain lot or parcel of land with all the buildings and improvements thereon, situated at the southwesterly corner of Cute Street and Memorial Drive in the City of Pawtucket, County of Providence and State of Rhode Island, laid out and designated as lot numbered forty seven (47) on that plat of land entitled, "Prairie Avenue Plat belonging to Ellen A. Sweet and Waldo Trescott Surveyed & Platted June 15, 1988 by T.F. Chappell, C.E. Pawtucket, R.I.", which said plat is recorded in the Land Evidence Records of said Pawtucket on Plat Card No. 239.

AP 26    Lot 233

Case Number: 6CA-2015-06328
Filed in 6th Division District Court
Submitted: 6/4/2015 3:00:30 PM
Envelope: 216793
Reviewer: Tracie Furtado

Case 1:18-cv-00299-WES-LDA   Document 1-3   Filed 06/07/18   Page 6 of 10 PageID #: 48

Bk L3705 Pg122  #31

## AFFIDAVIT

I, Jennifer A. Kirkwood, Esquire of Harmon Law Offices, PC as attorneys for Federal National Mortgage Association named in the foregoing deed, make oath and say that the principal and interest obligation mentioned in the mortgage above referred to were not paid or tendered or performed when due or prior to the sale, and that Federal National Mortgage Association caused to be published on June 11, 2013, June 18, 2013, and June 25, 2013, and continuance publications caused to be published on July 10, 2013, July 17, 2013 and July 24, 2013 in the Pawtucket Times, a public newspaper published in the City of Pawtucket, County of Providence, State of Rhode Island, in accordance with the provisions of said mortgage, notice of sale, the following being a true copy of said notice:

**MORTGAGEE'S SALE**
**72 Memorial Drive Pawtucket, RI**

The premises described in the mortgage will be sold subject to all encumbrances and prior liens on July 2, 2013 at 9:00 a.m. on the premises, by virtue of the power of sale contained in a mortgage by Byron Avila dated November 16, 2005 and recorded in the Pawtucket Land Evidence Records in Book 2528, Page 188, the conditions of said mortgage having been broken. For a more accurate description, please see Plat Card No. 239.

$5,000.00 in cash, certified or bank check is required to bid. Other terms will be announced at the sale.

Sale scheduled for July 2, 2013 at 9:00 a.m. has been postponed to August 1, 2013 at 9:00 a.m.

HARMON LAW OFFICES, P.C.
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458
(617) 558-0500
201010-0198 - GRY

**MORTGAGEE'S SALE**
**72 Memorial Drive Pawtucket, RI**

The premises described in the mortgage will be sold subject to all encumbrances and prior liens on July 2, 2013 at 9:00 a.m. on the premises, by virtue of the power of sale contained in a mortgage by Byron Avila dated November 16, 2005 and recorded in the Pawtucket Land Evidence Records in Book 2528, Page 188, the conditions of said mortgage having been broken. For a more accurate description, please see Plat Card No. 239.

$5,000.00 in cash, certified or bank check is required to bid. Other terms will be announced at the sale.

Sale scheduled for July 2, 2013 at 9:00 a.m. has been postponed to August 1, 2013 at 9:00 a.m.

HARMON LAW OFFICES, P.C.
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458
(617) 558-0500
201010-0198 - GRY

201010-0198

Case Number: 6CA-2015-06328
Filed in 6th Division District Court
Submitted: 6/4/2015 3:00:30 PM
Envelope: 216793
Reviewer: Tracie Furtado

Bk L3705 Pg123   #31

I certify that after the expiration of at least forty-six (46) days from the date of mailing of the notice required by R.I. Gen. Laws § 34-27-3.1, in accordance with the terms of said mortgage and pursuant to R.I.G.L. 34-11-22 and 34-27-4, as amended, notice of the time and place of the foreclosure sale was mailed to the mortgagor(s) by certified mail, return receipt requested, at the address of the real estate; at the mortgagor's address listed with the tax assessor's office for the City of Pawtucket, if different from the property address; at the last known address for the mortgagor(s); and at any other address the mortgagor may have designated by written notice to the mortgagee. Such notice contained a copy of the text of RIGL 34-27-4(d), printed in 12 point type, along with the notice set forth in and required by RIGL 34-27-4(c), printed in 14 point type. I certify that such notice was sent at least thirty (30) days prior to the first publication, including the day of mailing in the computation.

Pursuant to said notice at the time and place therein appointed, the sale scheduled for July 2, 2013 was postponed by public proclamation to August 1, 2013 at 9:00 a.m., at which time and place upon the mortgaged premises, Federal National Mortgage Association sold the mortgaged premises at public auction by Ira D. Tarlin, a licensed auctioneer, to Fannie Mae a/k/a Federal National Mortgage Association above-named for TWO HUNDRED FORTY THOUSAND TWO HUNDRED FIFTY-ONE AND 27/100 ($240,251.27) DOLLARS bid by Fannie Mae a/k/a Federal National Mortgage Association, being the highest bid made therefor at said auction.

I further make affidavit and say that I am familiar with the contents of the Servicemembers Civil Relief Act, that to the best of my knowledge and information and belief, the record owners of the property described in said mortgage, namely Byron Avila, were not "persons" in the Military Service of the United States of America as defined by the Servicemembers Civil Relief Act, and were not in "Military Service" as defined by said Act at the time of the commencement of the within foreclosure proceeding, or at the time of sale under the power given by said mortgage or at any time within the period of one

ase Number: 6CA-2015-06328
iled in 6th Division District Court
ubmitted: 6/4/2015 3:00:30 PM
nvelope: 216793
eviewer: Tracie Furtado

Bk L3705 Pg124 #31

calendar year immediately preceding said sale, and that the above facts have been ascertained after investigation duly made.

By: _Jennifer A. Kirkwood_, Esquire

Commonwealth of Massachusetts

Middlesex, ss.                                                October 23, 2013

Subscribed and sworn to before me in Newton Massachusetts, on the 23rd day of October, 2013.

(Affix Seal)    _Samantha Yang_
                Notary Public

                Printed Name _Samantha Yang_

                My commission expires: _____



201010-0198/Foreclosure - Post Sale

Case Number: 6CA-2015-06328
Filed in 6th Division District Court
Submitted: 6/4/2015 3:00:30 PM
Envelope: 216793
Reviewer: Tracie Furtado

Bk L3705 Pg125 #31

## AFFIDAVIT OF COMPLIANCE WITH RIGL 34-27-3.1

I, **Jennifer A. Kirkwood** Esquire of Harmon Law Offices, PC as attorneys for Federal National Mortgage Association, based upon information contained in our books and records as they are kept in the ordinary course of business, hereby make oath and state that in accordance with R.I.G.L. 34-27-3.1, written notice of default and the availability of counseling was mailed to the mortgagor(s) by Harmon Law Offices, PC on behalf of Federal National Mortgage Association on the following date, **Jan. 18, 2013**, by first class mail, at the address of the real estate and, if different, at the address designated by the mortgagor(s) by written notice to the mortgagee as the mortgagor's address for receipt of written notices.

By: _Jennifer A. Kirkwood_, Esquire

Commonwealth of Massachusetts

Middlesex, ss.                                    **September 24**, 2013

Subscribed and sworn to before me in Newton, Massachusetts, on the **24th** day of **September**, 2013.

_Samantha Yang_
(Affix Seal)     Notary Public
                 Printed Name **Samantha Yang**
                 My commission expires: _____



Case Number: 6CA-2015-06328
Filed in 6th Division District Court
Submitted: 6/4/2015 3:00:30 PM
Envelope: 216793
Reviewer: Tracie Furtado

Bk L3705 Pg126  #31

### Affidavit of Exemption from R.I. Gen. Laws § 34-27-3.2
(For Mortgagors More Than 120 Days Delinquent on or before September 12, 2013)

I, __William Long, Contract Management Coordinator__ (name/title) of Ocwen Loan Servicing, LLC as servicer for Federal National Mortgage Association, hereby affirm under oath that:

1. I have personal knowledge of the matters referred to herein.

2. Federal National Mortgage Association is the holder of the mortgage recorded in the land Evidence Records in Book 2528 at Page 188, et seq. (the "Mortgage") and identified as plot 26 and lot 233.

3. I am exempt from complying with R.I. Gen. Laws § 34-27-3.2 because the Mortgagor is or was more than one hundred twenty days delinquent on or before September 12, 2013.

4. For the reasons set forth above, Federal National Mortgage Association is exempt from compliance with the requirements of R.I. Gen. Laws § 34-27-3.2.

_William Long_, **Authorized Signer** name/title of
Ocwen Loan Servicing, LLC as servicer for
Federal National Mortgage Association

State of __Pennsylvania__

__Montgomery__ County, ss.                     __MARCH 4__, 2014

Subscribed and sworn to before me in __FT Washington__ (city), State of __Pennsylvania__ on the __4TH__ day of __MARCH__, 2014.

Patricia Nolan Hoffman
Notary Public
Patricia Nolan Hoffman
Printed Name
My commission expires: __11-15-15__

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
PATRICIA NOLAN HOFFMAN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2015

201010-0198