# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BYRON AVILA,

    Plaintiff,

v.

FEDERAL HOUSING FINANCE AGENCY;
FEDERAL NATIONAL MORTGAGE
ASSOCIATION; and CIT BANK, N.A. F/K/A
ONEWEST BANK, FSB,

    Defendants.

C.A. No. 1:18-cv-00299-WES-LDA

## [PROPOSED] ORDER

On December 14, 2018, Defendant, Federal National Mortgage Association ("Fannie Mae"), filed a Motion to Set Aside Foreclosure and Rescind Foreclosure Deed. Following due consideration, it is hereby:

## ORDERED

1.    Fannie Mae's Motion to Set Aside Foreclosure and Rescind Foreclosure Deed is GRANTED;

2.    The foreclosure sale of Plaintiff's real property commonly known as 72 Memorial Drive, Pawtucket, Rhode Island (the "Property"), is set aside, and the Foreclosure Deed executed on August 29, 2013 and recorded on March 12, 2014 in the Land Evidence Records for the City of Pawtucket at Book 3705, Page 118, is rescinded.

ENTER:

BY ORDER:

_____
(Smith, C.J.)

_____
Clerk

Dated: _____

302645718v1 1010981

**ORDER PREPARED AND PRESENTED BY:**

*/s/ Ethan Z. Tieger*
Samuel C. Bodurtha, Bar No. 7075
Ethan Z. Tieger, Bar No. 9308
HINSHAW & CULBERTSON LLP
56 Exchange Terrace
Providence, RI 02903
Telephone: (401) 751-0842
Facsimile: (401) 751-0072
sbodurtha@hinshawlaw.com
etieger@hinshawlaw.com

2